# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 21, 2003

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLARE WILLIAMS, *Circuit Judge*

Nos. 01-3081 & 01-3418

| | |
|---|---|
| BILLY E. ADKINS, Administrator of the Estate of Helena R. Adkins,, <br>    *Plaintiff-Appellee*, <br><br>    *v.* <br><br> ILLINOIS CENTRAL RAILROAD COMPANY, <br>    *Defendant-Appellant*. | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 01 C 2165 <br><br> **James F. Holderman**, *Judge*. |

**O R D E R**

The Court, *sua sponte*, amends its Opinion filed on March 6, 2003, as follows:

Page 14, line 10: the word "hat" should read "that."

Page 14, line 13: "eliance" should read "reliance."

**SO ORDERED**.